# Yocum *v.* Lansdowne Borough, Appellant.

OPINION BY PORTER, J., October 15, 1917:

The questions involved in this appeal are identical with those which we have considered in the case of Burdsall v. Lansdowne Borough, in which an opinion has this day been filed, and for the reasons there stated the specifications of error are dismissed.

The judgment is affirmed.